# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **CURTIS BARNES** | § | |
| | § | |
| **V.** | § | **W-22-CA-912-ADA** |
| | § | |
| **BRYAN COLLIER, et al.** | § | |

## ORDER OF DISMISSAL

On September 12, 2022, the Court ordered Plaintiff to either submit the filing fee or a completed application to proceed in forma pauperis by October 10, 2022. In addition, the Court ordered Plaintiff to show cause why his complaint was not barred by the statute of limitations. To date, Plaintiff has not responded to the Court's orders.

The Court has the inherent power under Rule 41(b) of the Federal Rules of Civil Procedure to dismiss the case *sua sponte* where necessary to achieve orderly, expeditious disposition of cases. Because Plaintiff has failed to comply with the Court's orders, his case is dismissed for want of prosecution and for failure to obey an order of the Court.

In light of the above, it is therefore **ORDERED, ADJUDGED, and DECREED** that this case be **DISMISSED WITHOUT PREJUDICE** and **CLOSED**.

**SIGNED** on October 14, 2022

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1